[No. 20152.   Department Two.   December 17, 1926.]

CECELIA FINGEROTH, *Appellant*, v. BENJAMIN FINGEROTH, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, Hon. C. E. Claypool, judge *pro tempore*, entered March 17, 1926, upon an order denying an application of the plaintiff for modification of a decree for alimony. Affirmed.

*Longfellow & Fitzpatrick*, for appellant.

*Byers & Byers*, for respondent.

PER CURIAM.—This is an application asking for modification of a divorce decree allowing alimony and support money to the appellant. Upon the hearing, there was nothing introduced showing any changed condition on the part of either the appellant or the respondent which would authorize the court in making the modification sought. The judgment is therefore affirmed.

[1]Reported in 251 Pac. 1119.